UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08585-MRA-DFM | Date: | August 17, 2026 |
| Title | R.M.L. et al v. Ruby Hernadez et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| | |
|---|---|
| **Proceedings:** | **(IN CHAMBERS) ORDER REQUIRING RESPONDENTS TO FILE SUPPLEMENTAL DECLARATION** |

Respondents' declarant states that, on August 11, 2026, the Office of Refugee Resettlement ("ORR") submitted a waiver request concerning the sponsor's identification and that ORR would make a sponsor-suitability determination after completion of the waiver process. <u>See</u> Dkt. 10-1 ¶¶ 65-66. The present record does not disclose the waiver's disposition, whether ORR has adjudicated the sponsor application, or whether Petitioners remain in ORR custody.

A factual update is necessary to determine whether the Petition remains justiciable and to evaluate Petitioners' claims under 45 C.F.R. §§ 410.1203, 410.1205, and 410.1207, including the appropriate remedy, if any. Accordingly, no later than 5:00 p.m. on August 21, 2026, Respondents shall file one or more declarations addressing the following matters separately for each Petitioner:

1. <u>Current custody status</u>. State whether the Petitioner remains in ORR custody. If so, identify the current placement. If the Petitioner has been released, state the release date and whether release was to the proposed Category 1 sponsor or another approved custodian.

2. <u>Identification waiver</u>. State the present status of the identification-policy waiver referenced in paragraph 65 of the Kronk Declaration, including the date it was submitted, the date and result of any decision, and any presently outstanding step. Attach any written waiver decision or identify where it already appears in the record.

3. <u>Sponsor determination</u>. State whether ORR has approved or denied the sponsor application. If ORR has issued a decision, provide its date, identify the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

decisionmaker, and attach the written decision and any notice provided to the sponsor or Petitioners, or identify where those materials already appear in the record.

4. Application-completion date. State the exact date on which ORR deemed the sponsor application complete for purposes of 45 C.F.R. § 410.1205. If ORR has not deemed the application complete, identify each outstanding item, explain why it is required, and state when ORR communicated the requirement to the sponsor.

5. Adjudication period. If ORR did not adjudicate the application within ten calendar days after it became complete, identify any "unexpected delay" on which ORR relies under § 410.1205, provide the factual basis and duration of that delay, describe the steps being taken to resolve it, and state the anticipated decision date.

6. Ninety-day reviews. Identify the dates and results of all reviews conducted under 45 C.F.R. § 410.1207. State how ORR identified and attempted to resolve barriers to release and when ORR informed Petitioners and the proposed sponsor of the review results and next steps. Attach the review records and notices or identify their precise location in the existing record.

Any filing containing protected personal information shall use Petitioners' initials and otherwise comply with the Court's sealing order and applicable filing rules.