UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08585-MRA-DFM | Date: | August 24, 2026 |
| Title | R.M.L. et al v. Ruby Hernadez et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) ORDER REQUIRING STATUS UPDATE AND BRIEFING REGARDING MOOTNESS** |

On August 17, 2026, the Court ordered Respondents to provide a supplemental declaration addressing Petitioners' custody status, the sponsor application and identification waiver, and reviews conducted under 45 C.F.R. § 410.1207. See Dkt. 12. Respondents filed their response and the Supplemental Declaration of Toby Biswas on August 22, 2026. See Dkts. 13, 13-1.

The Biswas Declaration states that the identification waiver was approved on August 20, 2026; ORR deemed the sponsor application complete and approved Petitioners' release to their Category 1 sponsor that same day; and ORR was working to facilitate release on August 21, 2026. See Dkt. 13-1 ¶¶ 5-6. However, the declaration does not confirm whether release actually occurred. In addition, paragraph 12 states that the review records are attached, but no such records are included with Dkt. 13-1.

Accordingly, the Court **ORDERS** as follows:

Respondents' custody update. No later than 5:00 p.m. on August 25, 2026, Respondents shall file a declaration confirming whether each Petitioner has been released from ORR custody. If a Petitioner has been released, the declaration shall state the date of release and identify the approved custodian. If a Petitioner has not been released, the declaration shall identify every remaining barrier to release and/or state an anticipated release date.

File review records. By the same deadline, Respondents shall file the review records referenced in paragraph 12 of the Biswas Declaration. Respondents shall identify which review or reviews they contend satisfied § 410.1207 and shall identify when and how the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

results and next steps were communicated to Petitioners and the proposed sponsor. Any protected material may be filed under seal consistent with the Court's prior sealing order and applicable filing rules.

Petitioners' response. No later than August 27, 2026, Petitioners shall file a response of no more than seven pages. The response shall state whether Petitioners dispute any material fact in the Biswas Declaration and, if release has occurred, shall address why the Petition or any requested relief remains justiciable, including any asserted collateral consequence or applicable exception to mootness. If release has not occurred, Petitioners shall identify the relief they continue to seek. Petitioners may also identify any remaining claimed violation of §§ 410.1203, 410.1205, or 410.1207 and the remedy tailored to that violation.

Reply and submission. Respondents may file a reply of no more than five pages by 5:00 p.m. on August 28, 2026. After the deadline, the matter will stand submitted.