JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

R.M.L. et al.,

Petitioners,

v.

RUBY HERNANDEZ et al.,

Respondents.

Case No. 2:26-cv-08585-MRA-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby ORDERED, ADJUDGED, AND DECREED that this action and the Petition for Writ of Habeas Corpus are DISMISSED WITHOUT PREJUDICE as moot and for lack of subject-matter jurisdiction.

Date: November 23, 2026

MONICA RAMIREZ ALMADANI
United States District Judge